# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| | | | |
|---|---|---|---|
| Case No. | SACV 15-1925 JVS (KESx) | Date | December 18, 2015 |
| Title | Trestles RX, LLC v. Kalapana Patel B Pharm, Inc | | |

Present: The Honorable     James V. Selna

| Karla J. Tunis | Not Present |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Not Present | Not Present |

**Proceedings:**     **(IN CHAMBERS)**     <u>Order To Show Cause re Jurisdiction</u>

The Court has made a preliminary review of the jurisdictional allegations in the:

    X    Complaint filed December 2, 2015

    X    Notice of Removal ("Notice")

by Trestles RX, LLC ("Trestles").

The initial pleading ostensibly invokes jurisdiction on the basis of diversity of citizenship, 28 U.S.C. § 1332. (Complaint, Jurisdiction.) Jurisdiction on this basis requires complete diversity.

The following parties to the action are alleged to be limited liability companies ("LLC"):

    Trestles
    Custom Care Pharmacy, LLC

For purposes of diversity jurisdiction, an LLC takes on the citizenship of each of its members. <u>Johnson v. Columbia Properties Anchorage , LP</u>, 437 F.3d 894, 899 (9th Cir. 2006); <u>Cosgrove v. Bartolotta</u>, 150 F.3d 729, 731 (7th Cir. 1998); <u>Keith v. Black Diamond Advisors, Inc.</u>, 48 F. Supp. 2d 326, 329-30 (S.D. N.Y. 1999). In order to determine diversity, the Court must consider the citizenship of each LLC member, and if

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.  SACV 15-1925 JVS (KESx)                    Date  December 18, 2015

Title  Trestles RX, LLC v. Kalapana Patel B Pharm, Inc

a member is an LLC, the citizenship of its members.  Presently, the Court cannot tell if jurisdiction has been properly invoked.

      Trestles is ordered to file an amended initial pleading within 15 days identifying each member of each alleged LLC and the member's citizenship and principal place of business as the date of the filing of the initial pleading.   If any member is itself an LLC, the same information shall be provided for each subtier member, and if need be, for each successive subtier.

      **A failure to respond may result in dismissal of the action for lack of jurisdiction.**

      :    00

Initials of Preparer   kjt